**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-1992**

_____

CAROL D. MOORE,

Plaintiff - Appellant,

v.

STEVE MANSBERY, Attorney; ALICE C. STUBBS, Attorney; THARRINGTON
SMITH, LLP, Law firm,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at
Greensboro.  Thomas D. Schroeder, District Judge.  (1:23-cv-00739-TDS-JLW)

_____

Submitted:  June 24, 2026                                    Decided:  July 21, 2026

_____

Before WILKINSON and THACKER, Circuit Judges, and KEENAN, Senior Circuit
Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Carol D. Moore, Appellant Pro Se. Felix Hill Allen, IV, Colin Alexander Shive,
THARRINGTON SMITH LLP, Raleigh, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carol D. Moore appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Moore's 42 U.S.C. § 1983 complaint without prejudice for lack of subject matter jurisdiction pursuant to the *Rooker-Feldman*[*] doctrine. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Moore v. Mansbery*, No. 1:23-cv-00739-TDS-JLW (M.D.N.C., Sep. 23, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] *D.C. Ct. of Appeals v. Feldman*, 460 U.S. 462 (1983); *Rooker v. Fid. Tr. Co.*, 263 U.S. 413 (1923); *T.M. v. Univ. of Md. Med. Sys. Corp.*, 608 U.S. ---, 2026 WL 1751823, at *5–6 (June 18, 2026) (affirming continued vitality of *Rooker-Feldman* doctrine).